CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           )
                                   )
                vs.                )        Criminal Case No.: 24-cr-77
                                   )
                                   )
JOHN ANTHONY SCHUBERT JR.,         )
also known as "John Anthony Schubert III"   )
                                   )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____          Date: April 11, 2024
Judge Christopher R. Cooper

United States District Judge